

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00228-CR

| | | |
|---|---|---|
| JON RYAN BRAUN, Appellant | § | On Appeal from the 271st District Court |
| | § | of Wise County (CR22110) |
| v. | § | April 10, 2025 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment as follows:

(1) On page one, underneath the heading "Plea to Motion to Adjudicate," the word TRUE should be changed to "NOT TRUE."

(2) On page two, the sentence, "While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's AMENDED Motion to Adjudicate Guilt as follows: 1;2;4;12;13;17," should be

changed to "While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's second AMENDED Motion to Adjudicate Guilt as follows: 1;2;4;12;13."

It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker